IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GEORGY, | No. C 09-02531 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ALLIEDBARTON SECURITY, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 22, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2010.

DESIGNATION OF EXPERTS: 7/19/10; REBUTTAL: 8/6/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by May 21, 2010;

Opp. Due June 4, 2010;  Reply Due June 11, 2010;

and set for hearing no later than June 25, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 14, 2010 at 3:30 PM.

JURY TRIAL DATE: September 20, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
January 29, 2010 is the deadline to file an amended complaint.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge