MICHAEL A. FARBSTEIN (SB#107030)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile:  (650) 554-6240

Attorneys for Plaintiff
PHILIP GEORGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GEORGY,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLIEDBARTON SECURITY SERVICES LP, doing business as ALLIEDBARTON SECURITY SERVICES, and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. C 09-02531 SI<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    WHEREAS the court has set a Case Management Conference in this matter for Wednesday, February 3, 2010 at 4:00 p.m.; and

    WHEREAS, the attorney for the plaintiff, Michael A. Farbstein will be unavailable the entire week of February 1, 2010 due to a trial in San Mateo Superior Court; and

    WHEREAS, attorney John S. Blackman from this office will be appearing in this court on Thursday, February 4, 2010 for another Case Management Conference in the case entitled *Visa U.S.A., Inc. v. Audience Identification, Inc.,* case no. C 09-1176 SI; and

    WHEREAS, both parties have agreed to continue the Case Management Conference to Thursday, February 4, 2010, at 4:00 p.m., which follows the schedule of the

1

1 court herein.

2

3    IT IS HEREBY STIPULATED as follows:

4    That, subject to the approval of the court, the parties agree to continue the Case
5 Management Conference to Thursday, February 4, 2010, at 4:00 p.m.

6

7 SO STIPULATED:

8 DATED: January 28, 2010                    Respectfully submitted,

9

10                                           By _____
                                             MICHAEL A. FARBSTEIN
11                                           FARBSTEIN & BLACKMAN, APC
                                             Attorneys for Plaintiff
12                                           PHILIP GEORGY

13

14 DATED: 1/28/10                            Respectfully submitted,

15

16                                           By _____
                                             DONNA L. KEETON
17                                           MARTENSON, HASBROUCK & SIMON
                                             Attorneys for Defendant
18                                           ALLIEDBARTON SECURITY SERVICES

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the foregoing and good cause appearing therefrom IT IS HEREBY |
| 3 | ORDERED that the Case Management Conference currently set for Wednesday, |
| 4 | February 3, 2010 shall be continued to Thursday, February 4, 2010 at 4:00 p.m. |
| 5 | |
| 6 | IT IS SO ORDERED: |
| 7 | DATED: _____ |
| 8 | SUSAN ILLSTON<br>United States District Judge |