IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GEORGY,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLIEDBARTON SECURITY,<br><br>        Defendant.<br>_____/ | No. C 09-02531 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 28, 2010.

DESIGNATION OF EXPERTS: 7/30/10; REBUTTAL: 8/6/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 11, 2010;

    Opp. Due June 25, 2010;  Reply Due July 2, 2010;

    and set for hearing no later than July 16, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 14, 2010 at 3:30 PM.

JURY TRIAL DATE: September 20, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the litigation schedule as indicated above.
The parties shall inform the Court of the name of the mediator by March 15, 2010, and complete the private mediation session between May 28, 2010 and June 11, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                    *Susan Illston*
                                              SUSAN ILLSTON
                                              United States District Judge