**MARTENSON, HASBROUCK & SIMON LLP**
ATTORNEYS AT LAW
3379 PEACHTREE ROAD, N.E.
SUITE 400
ATLANTA, GEORGIA 30326
TELEPHONE (404) 909-8100
FACSIMILE (404) 909-8120

DONNA L. KEETON
(404) 909-8121
dkeeton@martensonlaw.com

LABOR & EMPLOYMENT LAW
AND RELATED LITIGATION

March 14, 2010



**VIA ECF**
Honorable Susan Illston
United States District Judge
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

Re:   <u>Philip Georgy v. AlliedBarton Security Services, LP</u>
      Case No. C 09-02531 (SI)

Dear Judge Illston:

In connection with the Court's instructions at the February 4, 2010 case management conference and the Court's Second Pretrial Preparation Order, dated February 8, 2010, (Docket No. 22), counsel for Plaintiff and Defendant have been conferring regarding the appropriate ADR process for this matter and/or the selection of a mediator. Based on those discussions, the parties are contemplating participating in the Court's ADR mediation program, as opposed to private mediation, which they had previously discussed. However, due to the trial schedule of Plaintiff's counsel, Michael Farbstein, and my travel schedule during the last month, the parties have not yet reached a definitive decision and/or obtained their client's consent.

I have spoken with Plaintiff's counsel, Michael Farbstein, via telephone. Based on that discussion, both parties are respectfully requesting that they be given an additional week, until Monday, March 22, 2010, to inform the Court of their decision regarding use of the Court's ADR mediation program or the identity of an agreed-upon private mediator.

Sincerely,

**MARTENSON, HASBROUCK & SIMON LLP**

*Donna L. Keeton*

Donna L. Keeton

cc:   Michael Farbstein, Esq. (via ECF)
      Nancy Berner, Esq. (via ECF)
      Marty N. Martenson, Esq. (via ECF)