1  MARTENSON, HASBROUCK & SIMON LLP
      Marty N. Martenson (admitted *pro hac vice*)
2     Donna L. Keeton (admitted *pro hac vice*)
   3379 Peachtree Road, N.E., Suite 400
3  Atlanta, Georgia  30326
4  Telephone:  (404) 909-8100
   Facsimile:  (404) 909-8120
5  mnmartenson@martensonlaw.com
   dkeeton@martensonlaw.com
6     and
7  CARLTON, DiSANTE & FREUDENBERGER, LLP
      Nancy Berner (SBN 227142)
8  601 Montgomery Street, Suite 350
   San Francisco, CA 94111
9  Telephone : (415) 981-3233
   Facsimile : (415) 981-3246
10 nberner@cdflaborlaw.com
   *Counsel for Defendant*
11 *AlliedBarton Security Services LP*
12
   **FARBSTEIN & BLACKMAN**
13    Michael A. Farbstein (SB#107030)
   411 Borel Avenue, Suite 425
14 San Mateo, Ca 94402-3518
   Telephone: 650-554-6200
15 Facsimile: 650-554-6240
   maf@farbstein.com
16 *Counsel for Plaintiff Philip Georgy*

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19 PHILIP GEORGY,                          ) Case No. C 09-02531 (SI)
                                            )
20             Plaintiff,                   )
                                            ) **JOINT STIPULATION AND PROPOSED**
21       v.                                 ) **ORDER OF DISMISSAL WITH**
                                            ) **PREJUDICE**
22 **ALLIEDBARTON SECURITY SERVICES**       )
   **LP**, d/b/a AlliedBarton Security Services, and )
23 **DOES 1 through 50**, inclusive         )
                                            )
24             Defendants.                  )
                                            )
25

26       Plaintiff Philip Georgy and Defendant AlliedBarton Security Services LP, by and through

27 their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Joint Stipulation and

28 Proposed Order of Dismissal with Prejudice and show as follows:

                                            1          Case No. C 09-02531 (SI)
                                                       Joint Stip./Proposed Order of Dismissal

1     The parties in the above-captioned case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. As a term and condition of that settlement agreement, Plaintiff agreed to dismiss his claims against Defendant with prejudice.

    NOW THEREFORE, the parties stipulate and agree to the dismissal of the above-captioned case, and each and every claim therein, with prejudice. All parties to bear their own costs.

    Respectfully submitted,

Dated: Dec. 30, 2010

FARBSTEIN & BLACKMAN

By: _____
Michael A. Farbstein (SB#107030)

Attorneys for Plaintiff
PHILIP GEORGY

Dated: Feb. 1, 2011

MARTENSON, HASBROUCK & SIMON LLP

By: _____
Donna L. Keeton (admitted *pro hac vice*)

Attorneys for Defendant
ALLIEDBARTON SECURITY SERVICES, LP

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby
4   DISMISSED WITH PREJUDICE this ___2nd___ day of _____Feb_____, 20_11_.
5
6
7   _____
8   Susan Illston, U.S. District Judge

3

Case No. C 09-02531 (SI)
Joint Stip./Proposed Order of Dismissal